**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**IRA WHITE, et al.,**

       **Plaintiffs,**

**v.**                            **CIVIL ACTION NO.:  2:05-0965
                                      (Consolidated with 2:05-0966,**

**RAWL SALES AND PROCESSING**      **2:05-0987 through 2:05-1132,**
**COMPANY, a West Virginia corporation,**  **2:05-1151 through 2:05-1154)**
**and MASSEY ENERGY COMPANY,**
**a Delaware corporation,**

       **Defendant.**

## <u>DEFENDANTS' NOTICE OF APPEAL</u>

       Notice is hereby given that Defendants Rawl Sales & Processing, Co., and

Massey Energy Company, appeal to the United States Court of Appeals for the Fourth

Circuit from the May 8, 2006 Memorandum Opinion and Order of the District Court

granting in part Plaintiffs' Motion to Dismiss and granting Plaintiffs' Motion to Remand.

                               **RAWL SALES & PROCESSING, CO.
                               and MASSEY ENERGY COMPANY**

                               By Counsel

  /s/ Daniel L. Stickler
Daniel L. Stickler (WVSB: 3613)
Albert F. Sebok (WVSB: 4722)
Robert G. McLusky (WVSB: 2489)
JACKSON KELLY PLLC
1600 Laidley Tower
P. O. Box 553
Charleston, WV  25322
(304) 340-1100

{C1095340.1}

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**IRA WHITE, et al.,**

       **Plaintiffs,**

**v.**                                **CIVIL ACTION NO.:  2:05-0965
                                           (Consolidated with 2:05-0966,**

**RAWL SALES AND PROCESSING**        **2:05-0987 through 2:05-1132,**
**COMPANY, a West Virginia corporation,**    **2:05-1151 through 2:05-1154)**
**and MASSEY ENERGY COMPANY,**
**a Delaware corporation,**

       **Defendant.**

<u>**CERTIFICATE OF SERVICE**</u>

       I, Daniel L. Stickler, hereby certify that on the 7th day of June, 2006, I have electronically filed the foregoing ***Defendants' Notice of Appeal,*** and mailed, by United States Mail, postage prepaid, to the following non-CM/ECF participants:

                James Casimiro, III
                SMITH & THOMPSON
                Post Office Box 11178
                Charleston, WV  25339-1178
                *Lead Attorney for Plaintiffs*

                Kevin W. Thompson
                SMITH & THOMPSON
                Post Office Box 11178
                Charleston, WV  25339-1178
                *Lead Attorney for Plaintiffs*

{C1095340.1}

Van Bunch
BONNETT FAIRBOURN FRIEDMAN
& BALINT
Suite 1000
2901 North Central Avenue
Phoenix, AZ  85012
*Lead Attorney for Plaintiffs*


/s/ Daniel L. Stickler
DANIEL L. STICKLER
W.Va. State Bar  Id. No. 3613
ALBERT F. SEBOK
W.Va. State Bar Id. No. 4722
JACKSON KELLY PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV  25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1130
dstickler@jacksonkelly.com