JUDGMENT                                        FILED: September 7, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit



No. 06-1700
2:05-cv-00965
2:05-cv-0966
2:05-cv-0987
2:05-cv-1132
2:05-cv-1151
2:05-cv-1152
2:05-cv-1153
2:05-cv-1154

IRA WHITE; CATHY WHITE; AMANDA WHITE; ADAM WHITE; LARRY J. BROWN; BRENDA BROWN; BILLY SAMMONS, JR.; DEBORAH SAMMONS; JORDAN SAMMONS; BRITTANY SAMMONS; ALICE YATES; FRANK COLEMAN; RODNEY D. JUDE; RODNEY M. JUDE; ANNETTE JUDE; MELISSA JUDE; NOAH JUDE; BRAYDEN LAMBERT; CAITLYN LAMBERT; CHARITY LAMBERT; RANDY LAMBERT; DEBORAH MURPHY; KERMIT MURPHY; KERMIT MURPHY, JR.; ALLISON CRABTREE; OSCAR ROBERTS; TROY STAFFORD; JUANITA PIGMAN; WILLIAM PIGMAN; ZELLA PIGMAN; RANDY DEWAYNE MEADOWS; TRACIE MEADOWS; MARISSA MEADOWS; RANDALL LESTER; KAYCE LESTER; ADAM RANDALL LESTER; TERESA STANLEY; THELMA ROBERTS; ALLEN SCHWALB; THELMA PRATER; RUBY BLANKENSHIP; RUSSELL ELKINS; ELLA MAE ELKINS; TAMMY ELKINS; TIMOTHY ELKINS; MIRANDA ELKINS; HANNA ELKINS; SHELLEY AMANDA CRABTREE; TAWNYA WHITT; THELMA ELKINS; RITA ELKINS; STEVEN ELKINS; WANDA MOLLETT; JACQUELINE MOLLETT; PEARL BROWN; PAUL J. BROWN; REGINA SCOTT; RONALD KEITH SCOTT; ROSEMARY JUSTICE; JAMES JUSTICE; FRANKLIN D. FULLER; DONNETTA BLANKENSHIP; ORVILLE BLANKENSHIP; AMY RUNYON; CHRISTINA BLANKENSHIP; JOSH RUNYON; DAVID DILLON; MARY ELIZABETH DILLON; DAVID EVANS; MAGOLA MAE EVANS; CHRISTOPHER S. BROWN; CARMELITA BROWN; ERNEST BROWN; OPAL CRABTREE; JOHNNY "BO" CRABTREE; PAUL DAVID BROWN; KATHELENE BROWN; MARY ANN CRABTREE; IRA EVANS; GLENNA FAE EVANS; FRANKLIN FINNELL; FRANK FULLER; FRANCIS FULLER; PRESTON CHILDS; LAURA CHILDS; SAMMY ROSE; AARON FARMER; TAMMY BROWN BENTLEY; SHEENA HUBERT; BRANDON HUBERT; TAMMY MOSLEY; TIM MOSLEY; TARA PENNINGTON; DAVID B. MCCOY; JUDY MCCOY; DEBORAH IRENE SAMMONS; BILLY SAMMONS, III; FAYE SAMMONS; BILLY IRVINE SAMMONS, IV; MATTHEW SAMMONS; MIRANDA SAMMONS; RUSSELL PRINCE; VIRGINIA PRINCE; JAMES PRINCE; ASHLEY PRINCE; BOB VINICIL; BETTY BAISDEN; ORVILLE BAISDEN; SHAWN MICHAEL BAISDEN; CONNIE MULLINS; JERRY MULLINS; LAURA MULLINS; SHIRLEY MULLINS; TERRY MULLINS; CARRIE ANN PRATER; AMANDA RENEE HICKS; RICKY HICKS; CHRISTOPHER HICKS; ROBIN SMITH; CAITLYN SMITH; REBECCA E. ROBERTS; CHESTER ROBERTS; MARY ROBERTS; RANDY S. MEADOWS; CRYSTAL PRINCE; BALLARD PRINCE; ROBERT PRINCE; SAVANNAH PRINCE; ERIC PRINCE; LASSIE PRATER;

KENNETH STROUD; CHRISTOPHER CHASE STROUD; KENNETH AARON STROUD; KEITH STATEN; CECELIA STATEN; JESSIE MEADOWS; JENNIFER SPENCE; JOSHUA SPENCE; DAVID JOE MOLLETT; ELMER MOLLETT; MEKIA MOLLETT; JOHN MAY; FRANCIS MAY; MATTHEW MAY; JANICE WALLEN; DOCK WALLEN; TIMOTHY WALLEN; HESTER RUNYON; ARNOLD RUNYON; LARRY BROWN, JR.; KATHY HARDIN; MAUDE RICE; MICHAEL LESTER; MICHAEL SHANE LESTER; JENNIFER BALDRIDGE; NALO JEAN ROBERTS; MARGIE ROBINETTE; JOHN ROBINETTE; JONATHAN ROBINETTE; STEVEN ROBINETTE; STEVE BALL; LISA WALLEN; MARY MARGARET MILAM; JIMMY MILAM; CHRISTOPHER BRIAN MILAM; CHRISTOPHER BRIAN MILAM, JR.; MARY SUE MEADOWS; RANDY MEADOWS; JOSEPH MEADOWS; AUSTIN MEADOWS; DANIEL MEADOWS; JAMES "BO" SCOTT, and Family; MADGE FRANCE; DAVID FRANCE; LUCY CHAFIN; ROY FRANKLIN; LISA FRANCIS; ETHAN FRANCIS; LARISA FRANCIS; LISA BLANKENSHIP; LEANN MICHELLE CENTERS; DESTINY ALEXANDRIA CENTERS; BEVERLY IVINS; AMY BAILEY; JAMES L. BAILEY; JAMES C. BAILEY; CODY BAILEY; BILLY HATFIELD; JIMMY HATFIELD; TIMMY HATFIELD; BRANDI HENSLEY; CATHY HENSLEY; DUSTI HENSLEY; JAMES HENSLEY; JAMIE HENSLEY; SHIRLEY HENSLEY; JAMES CRABTREE; WILLIAM OSCAR CRABTREE; JAMES D. CRABTREE; JULIE ANN CRABTREE; JESSICA DOTSON; BRIAN DOTSON; VERONICA DOTSON; VICTORIA DOTSON; BRANDON DOTSON; JIMMY HENSLEY; JOANIE DOTSON; JOINE FINNELL; EDNA MARIE FINNELL; INGA HURLEY; BILL HURLEY; ESTALENE LESTER; LEAH LESTER; EDDIE DILLON; ANITA DILLON; MEGAN DILLON; ERIC DILLON; DEBORAH STANLEY; DOROTHY SPARKS; DAVID WADE HENSLEY; MARGARET ADKINS; JAMES EDWARD PRINCE; LINDA SUE NORTH PRINCE; JERRY LEE FIELDS; FRANK ELWOOD FIELDS; SHAYNE ANTHONY FIELDS; MISTY DAWN MILLER DILLON; HAILEY DAWN MILLER DILLON; JAMES FIELDS; BETH ANN WALLEN; ALYSA WALLEN; MARK ADKINS; MARSHA O. ADKINS; DAKOTA BREWSTER; MARY HELEN YATES; MELVIN CHARLES MCCOY; MADONNA MCCOY; AMANDA DAWN MCCOY; MELVIN LEE MCCOY; DAVID MICHAEL MCCOY; MYRA K. SLONE; MISTY DAWN FIELDS CUNNINGHAM; JENNIFER LYNN JOHNSON ENDICOTT; BRITTANY LYNN JOHNSON; DEBRA ANN MILLER; DAVID B. YATES; BETTY FIELDS AYERS; EUGENE CLINE; MARK MARCUM; MARGARET ANN WHITT; MARY ANN ROBERTS; JACOB ANDREW LOPEZ; JAQLYN MARIE LOPEZ; JESSE JACINTO LOPEZ; MARCUS CODY ADKINS; MELISSA BENTLEY; AUSTIN PAUL RYAN BROWN; KURASTIN PAIGE BROWN; MICHAEL TODD ADKINS; MARK STANLEY; NATASHA LYNN STANLEY; FRANCIS HICKS MAY; DREAMA LYNN MARCUM GANNON HOLMES; CHRISTINA MICHELLE H. OOTEN; BILL HENRY; CHARLES EDWARD STANLEY; TERESA ANN STANLEY; CHRISTOPHER LEE HICKS; JEREMY DAVID MCCOY; ALICE OOTEN; CAROL FRANCIS LOCKARD MAYNARD; CHARLOTTE SEWARD; DARLENE HICKS; BARBARA ANN CRABTREE HELVEY; OPAL MAY ROBERTS; RICHARD LEWIS; ORTHA FRANCE; JESSICA LYNN BOWMAN BLANKENSHIP; TIFFANY NICOLE PRICE; VICKY LYNN WHITE; ROSCOE WHITE; RUTH WHITE; SHEILA RENA MAYNARD; PHILLIP BRYANT COLEMAN; ARLEEN FAYE COLEMAN; JOHN ALLEN DILLON; JONATHAN CLIFFORD WHITT; RUDOLPH SCOTT SEEFELDT; NANCY ANN LOCKARD SEEFELDT; GARTH SIRCHER; ZACHARIAH SCOTT BROOKS SEEFELDT; ARTHUR DINGESS; CHARLES TRAVIS LOCKARD; ANGELA RHONDA NICOLE ANDERSON LOCKARD; CHARLES TRAVIS LOCKARD, JR.; MICHAELA NICOLE LOCKARD; SHARON LESTER; MISTIE NICOLE PRINCE; KENNETH PATRICK HENSLEY; CARL BOWMAN; LINDA GAYE CLINE BOWMAN; CARLA JO BOWMAN; DAKOTA LEE EARL

BLANKENSHIP; NORMA JEAN HENSLEY CLARK; ROBERT JAMES CLARK, JR.; JOSHUA JAMES CLARK; PEGGY SUE MILLER; PAUL MICHAEL SLONE; DONNA FIELDS SLONE; ANGELEA CHRISTINA FIELDS; PEGGY SUE HENSLEY MAY; CHESTER LAWRENCE MAY, JR.; MATTHEW LAWRENCE MAY; SABRINA MARIE DOLL; SHARON B. ADKINS; MICHAEL ADKINS; DOROTHY P. POPE; CHRISI CALODNIA PRINCE; ANGELA MARIE BOWMAN; FRANKIE DALE HICKS; CHRISTINE PRICE; ALEXANDRIA RACHELLE LAWSON FIELDS; ROBERT JOSEPH PRICE; CHEYENNE JANE FIELDS; ELMER "BO" COLLINS; CHRISTY COLLINS; JOEY COLLINS; FRANCES MOLLET ROER; DONALD L. ROER; DIANA L. ROER; ERNIE HALL; HANSEL LEE COLLINS; NINA HATFIELD; OPAL L. JERVIS; TOM D. JERVIS; JOYCE ANN HENSLEY PATTON; KRISTA DONLEY; CHRISTOPHER MATTHEW BROWN; LISA RENEE TYGART BROOKS; RONALD H. BROOKS, II; MARK YORK; BARB S. YORK

        Plaintiffs - Appellees

v.

RAWL SALES AND PROCESSING COMPANY; MASSEY ENERGY COMPANY

        Defendants - Appellants

---

Appeal from the United States District Court for the
Southern District of West Virginia at Charleston

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK